UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD ALLISON, | Case No. 2:21-cv-00126-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| CLARK COUNTY DETENTION CENTER MEDICAL DEPT., | |
| Defendant. | |

## I.   DISCUSSION

On January 22, 2021, Plaintiff, who indicated he was an inmate of the Clark County Detention Center ("CCDC") submitted a notice of lawsuit of discrimination.  Docket No. 1-1.  Plaintiff did not file a complaint or an application to proceed *in forma pauperis*.

On January 25, 2021, this Court ordered Plaintiff to file a complaint and a fully complete application to proceed *in forma pauperis* on or before March 26, 2021.  Docket No. 3.   Although Plaintiff placed a San Angelo, Texas, address on the envelope containing his initial filing, the Court's January 25, 2021 order was only mailed to Plaintiff at the CCDC.  On February 8, 2021, the Court's January 25, 2021 order was returned as undeliverable.  Docket No. 4.  The March 26, 2021 deadline has passed.  However, because the Court did not originally mail the January 25, 2021 order to Plaintiff at the Texas address, the Court will now provide Plaintiff one final opportunity to file a complaint and a fully complete application to proceed *in forma pauperis* for a <u>non-prisoner</u> on or before **May 6, 2021**.  Absent unusual circumstances, no further extensions will be granted.

## II.   CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff will submit a complaint to this Court on or before **May 6, 2021**.

IT IS FURTHER ORDERED that the Clerk of the Court will send to Plaintiff the approved

form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.  The Clerk of the Court will also send Plaintiff a copy of his notice of lawsuit of discrimination, Docket No. No. 1-1.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a <u>non-prisoner</u>, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that, on or before **May 6, 2021**, Plaintiff shall either file a fully complete application to proceed *in forma pauperis* by a <u>non-prisoner</u> or pay the full $402 filing fee.

IT IS FURTHER ORDERED that, if Plaintiff does not file a complaint and an application to proceed *in forma pauperis* by a non-prisoner or pay the full $402 filing fee for a civil action on or before **May 6, 2021**, this case will be subject to dismissal without prejudice for Plaintiff to file a new case with the Court when Plaintiff is able to file a complaint and an application to proceed *in forma pauperis* by a non-prisoner or pays the full $402 filing fee.

DATED:  April 6, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

- 2 -